IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD CONCKLIN,

    Plaintiff,

v.

SUZANNE R. HASTINGS; UNITED
STATES OF AMERICA; DR. LIBERO;
ANTHONY HAYNES; FRANK ADAIR;
HELEN J. MARBERRY; and FEDERAL
BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV213-012

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Suzanne Hastings, the United States of America, Anthony Haynes, Helen Marberry, and the Federal Bureau of Prisons are **DISMISSED**. Accordingly, Defendants Suzanne Hastings, the United States of America, Anthony Haynes, Helen Marberry, and the Federal Bureau of Prisons are dismissed as named defendants.

**SO ORDERED**, this 19 day of March, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)